UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 SEP 15  A 11: 09

U.S. DISTRICT COURT

| | | |
|---|---|---|
| EVERTON NOTICE, | : | |
| *Plaintiff,* | : | |
| v. | : | DOCKET NO. 3:02CV01599(RNC) |
| CHANLER LEWIS, INC. | : | |
| *Defendant.* | : | September 14, 2004 |

To: The Honorable Robert N. Chatigny
United States District Court
450 Main Street
Hartford, Connecticut 06106

Date Complaint Filed:            September 10, 2002
Date Complaint Served:           September 13, 2002
Date of Defendant's Appearance:  September 26, 2002
Scheduling Order                 November 1, 2002

W. Martin Philpot, Esq., for plaintiff, Everton Notice

Mary Jane Ryan, Esq., of Summa & Ryan, P.C., for defendant, Chanler Lewis, Inc.

### STATUS REPORT

During the entire course of this litigation, the defendant, Chanler Lewis, Inc. has been in financial difficulty. At the end of August 2004, counsel for the defendant received a call from Thomas Officer, President of the defendant, in which she was informed that Chanler Lewis, Inc. would be going out of business. He indicated that he anticipated that a secured creditor, which is unknown to counsel, would be taking the company's assets and Chanler Lewis, Inc. would cease to exist. Mr. Officer stated that

he would call counsel to tell when the company would be shutting down. The following week, counsel called Mr. Officer for to ascertain the status of the Company but there were no updates. Mr. Officer told counsel that he did not wish her to perform any more work on this matter. Counsel informed Mr. Officer that the company's closing would not, in and of itself, terminate this litigation and that failure to defend could result in a default or judgment. Mr. Officer responded that the Company would cease to exist and that there would be no assets. He stated that he would call to let counsel know what was happening.

On September 13, 2004 counsel called the Company, and received no answer. Counsel then called an attorney who also represents the Company to determine if he knew the current status of the Company. He responded that he believed that a secured creditor was taking the Company's assets and intended to sell them to a third party. He stated that he believed all the Company's employees had been laid off. He further stated that he would try to contact Mr. Officer and ask him to call counsel in this matter.

Counsel is unable to contact the defendant and has no additional information.

This report has been prepared by Mary Jane Ryan, Esq., after consultation with Plaintiff's counsel, W. Martin Philpot, Esq..

By: /s/ Mary Jane Ryan
Mary Jane Ryan
SUMMA & RYAN, P.C.
19-21 Holmes Avenue
Waterbury, CT 06702
Tel. (203) 755-0390
Fax (203) 756-8756
Fed Bar. No. CT 0546

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Status Report* has been served by first class mail, postage prepaid, this 14th day of September 2004, to the following:

W. Martyn Philpot, Jr., Esq.
Law Office of W. Martyn Philpot, Jr.,
409 Orange Street
New Haven, CT 06511

By: _____
Mary Jane Ryan