FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT HARTFORD

2004 OCT -4  A 10: 51

U.S. DISTRICT COURT
HARTFORD, CT.

|  |  |
|---|---|
| EVERTON NOTICE, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 302CV01599 |
|  | : (RNC) |
| CHANLER LEWIS, INC. | : |
|  | : October 1, 2004 |
| Defendant. | : |

**MOTION TO WITHDRAW APPEARANCE BY COUNSEL FOR
CHANLER LEWIS, INC.**

In accordance with Rule 7(e) of the Local Rules, and for good cause as demonstrated below, counsel for Chanler Lewis, Inc., Defendant in the above-captioned case, hereby moves the court to approve the withdrawal of her appearance on behalf of Defendant:

1.   As stated in counsel's status reported, dated September 14, 2004, in late August and early September 2004, Thomas Officer, President of Defendant, informed counsel that Chanler Lewis, Inc. would be going out of business. Mr. Officer stated that he anticipated that a secured creditor, which was then unknown to counsel, would be taking the company's assets and Chanler Lewis, Inc. would cease to exist. Mr. Officer told counsel that he did not wish her to perform any more work on this matter. Counsel told Mr. Officer that the closing of the Company would not, in and of itself, terminate

1

this cause of action and that failure to either engage successor counsel or file a pro se appearance could result in a dismissal or default being entered against the Company. Mr. Officer stated that he understood, but that Defendant had no assets and that counsel would not be compensated for any services.

2. On or about September 15, 2004, Mr. Officer informed counsel that Defendant had ceased operations on or about September 10, 2004, that its assets were surrendered to its lender, UPS Capital Business Credit of Hartford, and that Defendant's employees had been laid off. As counsel understands the situation, UPS subsequently sold the Company's assets to Monarch Industries Inc., which is operating at Defendant's former location. Counsel has no relationship with Monarch Industries Inc. Mr. Officer reiterated his direction that counsel cease all services on Defendant's behalf. Counsel then informed Mr. Officer that she would file a motion with the Court in which she would seek approval to withdraw her appearance on behalf of Defendant. Mr. Officer voiced no objection.

3. By certified letter dated September 23, 2004 (attached), counsel informed Mr. Officer of her intention to file this motion, and again advised him that failure to either engage successor counsel or file a pro se appearance could result in a dismissal or default being entered against the Company.

4. Mr. Officer sent counsel a letter, dated September 17, 2004 (attached) stating that Defendant could no longer retain counsel's services.

Wherefore, the counsel for Defendant respectfully requests that the Court grant her Motion To Withdraw Appearance.

                                              Respectfully submitted,

By: _____
Mary Jane Ryan
SUMMA & RYAN, P.C.
19-21 Holmes Avenue
Waterbury, CT  06702
Tel. (203) 755-0390
Fax (203) 756-8756
Fed Bar. No. CT 0546

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion To Withdraw Appearance By Counsel For Chanler Lewis, Inc. has been served by certified mail, postage prepaid, this 1st day of October 2004, to the following:

W. Martyn Philpot, Jr., Esq.  
Law Office of W. Martyn Philpot, Jr.,  
409 Orange Street  
New Haven, CT 06511  

Mr. Thomas Officer  
Chanler Lewis, Inc.  
1495 Thomaston Avenue  
Waterbury, CT 06704  

By: _____
Mary Jane Ryan

1



# SUMMA & RYAN PC

*Labor & Employment Law*
*Representing Management*

19-21 Holmes Avenue,
Waterbury, CT 06710
(203) 755-0390
fax (203) 756-8746
www.SummaRyan.com

**VIA CERTIFIED MAIL**

**Confidential/Attorney-Client Privilege**

September 23, 2004

Mr. Thomas Officer
Chanler Lewis, Inc.
1495 Thomaston Avenue
Waterbury, CT 06704

Re:   Everton Notice v. Chandler Lewis, Inc.
      Civil Action No. 302CV01599 (RNC)

Dear Tom:

This is to confirm recent telephone conversations in which you informed me that Chanler Lewis, Inc. shut down its operations on Sept. 10, 2004 after defaulting on its loan and surrendering its assets to its lender, UPS Capital Business Credit of Hartford. As I understand the situation, UPS has subsequently sold the Company's assets to Monarch Industries Inc.

This is also to confirm that you have directed that I perform no additional legal services on behalf of Chanler Lewis, Inc. with respect to the above-referenced matter. Despite my having informed you that the closing of the Company does not, in and of itself, terminate this cause of action and that failure to either engage successor counsel or file a pro se appearance may result in a dismissal or default being entered against the Company, you maintained your position that I cease all services.

As I also informed you, I intend to file a motion to withdraw my appearance on behalf of Chanler Lewis, Inc. I strongly suggest that you contact the chambers of the Honorable Robert N. Chatigny, Chief United States District Court Judge, 450 Main Street, Hartford, Connecticut 06103, (860) 240-3659, to whom this matter has been assigned, to update the court regarding your intentions, and the Clerk's Office, (860) 240-3200, to obtain information regarding filing a *pro se* appearance.



Mr. Thomas Officer
September 23, 2004
Page Two

It has been a pleasure to do business with you and I wish you well in your future endeavors.

If you have any questions regarding this letter or how you might proceed, please do not hesitate to contact me.

Very truly yours,

Mary Jane Ryan

**SENDER: COMPLETE THIS SECTION**

- ☐ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☐ Print your name and address on the reverse so that we can return the card to you.
- ☐ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chunlea Lewis

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _____  C. Date of Delivery: 9-30-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0004 2272 7653

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

2



September 17, 2004

Attorney Mary Jane Ryan

Summa & Ryan, P.C.
19-21 Holmes Avenue
Waterbury, CT 06702

Dear Mary Jane,

This letter is to inform you that effective September 10, 2004, Chanler Lewis, Inc. has ceased operations.

Chanler Lewis, Inc. has defaulted on its note to the primary secured lender, UPS Capital and they have taken over all assets of the company for disposal effective September 10, 2004.

This has left the company in a position where it can no longer retain you or any other counsel to defend itself in the Notice lawsuit. Please inform the court and Attorney Philpot of our inability to continue with the proceedings.

I have attached a letter that was sent to all unsecured creditors of the company, as well as the waiver to the bank and the lease termination notice. Should you have any questions, do not hesitate to give me a call.

Sincerely,

Thomas C. Officer
President



September 16, 2004

To All Unsecured Creditors of Chanler Lewis, Inc.;

Chanler Lewis, Inc. has ceased operations effective September 10, 2004.

Chanler Lewis, Inc. has surrendered all of its assets, including machinery and equipment, inventory, accounts receivable and cash accounts to its lender, UPS Capital Business Credit of Hartford, CT, after default, under the terms of its loan documents between the parties.

UPS Capital Business Credit has given notice of its intent to dispose of said assets by private sale and it anticipates a significant deficiency.

We thank all of our unsecured creditors for their support over the years.

Sincerely,

Thomas C. Officer
President

1495 Thomaston Avenue, Waterbury, CT 06704
203-755-3005 • Fax 203-755-3010
www.chanlerlewis.com

## WAIVER OF NOTICE
## REGARDING DISPOSITION OF COLLATERAL

**THE DEBTORS ARE:**

Chanler Lewis Inc.
1494 Thomaston Avenue
Waterbury CT. 06704

**THE SECURED PARTY is:**

UPS Capital Business Credit
280 Trumbull Street
Hartford, CT 06095

**UPS Capital Business Credit Account Number(s):**   4013159-1 and 3002327-1, 2, 3 &4.

**THE COLLATERAL is:** Miscellaneous Personal Property and Business Inventory specifically described in the Security and UCC Agreements.

The undersigned debtor(s) acknowledge(s)

1. Chanler Lewis Inc. defaulted on the terms of its various Security Agreements.

2. Voluntarily surrenders possession of all the collateral to the Secured Party for liquidation in a commercially reasonable manner.

The Secured Party intends a sale of the collateral in a commercially reasonable manner any time on or after August 31, 2004. In acknowledgment thereof, the Debtors hereby Waive Notice of any intended sale or disposition of the collateral by the secured party, to the extent required by **Conn. Gen. Stats. Section 42a-9-504(3)**.

Chanler Lewis Inc.

By: _____  9/10/04
    Thomas Officer           Date
    Its President, duly authorized

_____  9/10/04
Thomas Officer, Guarantor    Date