

**Chanler Lewis, Inc.**
Architectural Millwork & Store Fixtures

RECEIVED
OCT 4  2 14 PM '04
CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

September 30, 2004

The Honorable Robert N. Chatigny
Chief United States District Court Judge
450 Main Street
Hartford, CT 06103

Re:    Civil Action No. 302CV01599 (RNC)

Dear Judge Chatigny,

This letter is to inform the court that the defendant in this action, Chanler Lewis, Inc., has ceased operations effective September 10, 2004. The company was in default to its primary secured lender and has surrendered to them all of its assets, including, cash, accounts receivable, inventory, machinery and equipment. I have attached the Waiver of Notice Regarding Disposition of Collateral, as well as a letter that was sent to all of the companies unsecured creditors.

I have also informed our counsel in this matter, Attorney Mary Jane Ryan to cease in performing any additional legal services on behalf of Chanler Lewis, Inc. It is my understanding that she has also informed counsel for the plaintiff, that the company has ceased operations.

Should you have any further issues regarding this matter please contact me in writing at the address noted below.

Sincerely,

Thomas C. Officer
President

10/4/04 The Clerk will docket this letter and send copies to counsel of record for referral.

FILED
2004 OCT -5  A 10: 35
U.S. DISTRICT COURT
HARTFORD, CT.

1495 Thomaston Avenue, Waterbury, CT 06704
203-755-3005 • Fax 203-755-3010
www.chanlerlewis.com