UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT -5 A 10: 35
U.S. DISTRICT COURT
HARTFORD, CT.

EVERTON NOTICE,

    Plaintiff,

V.                              CASE NO. 3:02CV1599 (RNC)

CHANLER LEWIS, INC.,

    Defendant.

## NOTICE AND ORDER

The joint trial memorandum was due to be filed on or before September 15, 2004.

A status report submitted by defendant's counsel on September 15, 2004, states that defendant has ceased operations and instructed its counsel to cease providing legal services in this matter. On September 30, 2004, defendant's president submitted a letter to the court confirming that to be the case.

Accordingly, a default is hereby entered against defendant for failing to prepare and file a joint trial memorandum. A default having entered, plaintiff must file and serve, on or before November 1, 2004, a motion for entry of a default judgment. If no such motion is filed, the case will be dismissed. This deadline may be extended for good cause pursuant to a motion filed in accordance with the Local Rules.

    So ordered.

    Dated at Hartford, Connecticut this 5 day of October 2004.

Robert N. Chatigny
United States District Judge