FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT HARTFORD

2004 OCT -4  A 10: 51

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| EVERTON NOTICE, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 302CV01599 (RNC) |
| CHANLER LEWIS, INC. | : | October 1, 2004 |
| Defendant. | : | |

### MOTION TO WITHDRAW APPEARANCE BY COUNSEL FOR CHANLER LEWIS, INC.

In accordance with Rule 7(e) of the Local Rules, and for good cause as demonstrated below, counsel for Chanler Lewis, Inc., Defendant in the above-captioned case, hereby moves the court to approve the withdrawal of her appearance on behalf of Defendant:

1. As stated in counsel's status reported, dated September 14, 2004, in late August and early September 2004, Thomas Officer, President of Defendant, informed counsel that Chanler Lewis, Inc. would be going out of business. Mr. Officer stated that he anticipated that a secured creditor, which was then unknown to counsel, would be taking the company's assets and Chanler Lewis, Inc. would cease to exist. Mr. Officer told counsel that he did not wish her to perform any more work on this matter. Counsel told Mr. Officer that the closing of the Company would not, in and of itself, terminate

1