UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVERTON NOTICE, :<br>  :<br>    Plaintiff, :<br>  : CASE NO. 3:02CV1599(RNC)<br>v :<br>  :<br>CHANLER LEWIS, INC., :<br>  :<br>    Defendant. : | |

ORDER OF DISMISSAL

      Default entered on October 5, 2004, as to the above-named defendant for failing to prepare and file a joint trial memorandum.  The plaintiff was ordered to file and serve a motion for default judgment on or before November 1, 2004.  To date no such motion or a motion for an extension of time has been filed by the plaintiff.  Instead plaintiff has filed a trial memorandum signed by the plaintiff only.

    Plaintiff having been ordered to file a motion for default judgment on or before November 1, 2004, it is hereby ordered that plaintiff file and serve the motion on or before December 1, 2004.  If no such motion is filed, the action will be dismissed without further notice for failure to prosecute and failure to comply with the court's orders.

    So ordered.

    Dated at Hartford, Connecticut this     day  of November 2004.

                                                            /s/RNC
                                                  Robert N. Chatigny
                                      United States District Judge