UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVERTON NOTICE, | : |
| Plaintiff, | : |
| | : CASE NO. 3:02CV1599(RNC) |
| V. | : |
| CHANLER LEWIS, INC., | : |
| Defendant. | : |

ORDER OF DISMISSAL

      Default under Fed. R. Civ. P. 55(a) having been entered on October 5, 2004, as to the above-named defendant; and plaintiff having been ordered to file a motion for default judgment on or before November 1, 2004; plaintiff having been further ordered to file a motion for default judgment by December 1, 2004; plaintiff having been notified that failure to file a motion by then would result in dismissal; plaintiff having failed once again to file such a motion, the complaint is hereby dismissed for failure to prosecute and failure to comply with the court's orders of October 5, 2004 and November 8, 2004.  The Clerk will close the file.

      It is so ordered.

      Dated at Hartford, Connecticut this     day  of December, 2004.

                                               /s/RNC
                                       Robert N. Chatigny
                                 United States District Judge