UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************************
EVERTON NOTICE                          *
            Plaintiff                   *
                                        *
VS.                                     *  CIVIL NO. 3:02CV-01599 (RNC)
                                        *
CHANLER LEWIS, INC.                     *
            Defendants                  *  DECEMBER 9, 2004
*************************************************
```

## MOTION FOR RELIEF FROM JUDGMENT

Pursuant to F. Rule of Civ. Proc. 60, the plaintiff, Everton Notice, hereby respectfully requests the Court to Reopen its Order, dated December 7, 2004 dismissing the above-captioned matter. As grounds for the foregoing, the plaintiff avers the following:

1. On December 9, 2004, Notice from the Court was received by the undersigned *for the first time*. While the Order does state prior notice was forwarded, this office never received it.

2. In September of this year, the undersigned's firm changed its telephone and e-email service. As a result, over the course of the last several months, we have had numerous instances of e-mails being forwarded to locations other than the one which was timely provided to the Clerk's Office.

3. The undersigned, upon learning of the problem with this office's e-mail reception enlisted the services of a computer technician who recently corrected the problem.

2

    4.    As a result of the aforedescribed efforts, the undersigned received the clerk's most recent notice of the Court's dismissal in a timely manner.

WHEREFORE, In light of all of the foregoing and the technical difficulties which precipitated the undersigned's inadvertent failure to receive the Court's previous electronic messages in a timely fashion, plaintiff respectfully requests that the attached proposed Motion for Default Judgment be granted.

                        PLAINTIFF, EVERTON NOTICE

                        BY:_____
                              Law Office of
                              W. Martyn Philpot, Jr., LLC
                              409 Orange Street
                              New Haven, CT  06511-6406
                              Tel. No. (203) 624-4666
                              Federal Bar No. ct05747
                              His Attorneys

## <u>CERTIFICATION</u>

*THIS IS TO CERTIFY* that a copy of the foregoing Motion for Relief from Judgment was mailed, postage prepaid, this date, to: Chanler Lewis, Inc. c/o Thomas C. Officer, 127 Sheldon Lane, Litchfield, CT 06759.

                              _____
                              W. Martyn Philpot, Jr.

\employ\notice.motdefjud12-9-04