UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************************
EVERTON NOTICE                              *
              Plaintiff              *
                                     *
VS.                                  * CIVIL NO. 3:02CV-01599 (RNC)
                                     *
CHANLER LEWIS, INC.                  *
              Defendants             * DECEMBER 9, 2004
*************************************************
```

## MOTION FOR DEFAULT JUDGMENT

The plaintiff, Everton Notice, hereby respectfully requests the Clerk of the Court to enter a default against the above-referenced defendant for its wilful failure to appear and/or answer the Complaint, dated September 10, 2002 and served upon defendant on September 13, 2002.  As the Summons specifically directs defendant to appear and plead within twenty  (20) days after service of the Complaint and it has failed to do so by April 28, 2004, the entry of a default is required pursuant to Federal Rule of Civil Procedure 55(a).

WHEREFORE, in light of all of the foregoing, plaintiff hereby requests the immediate entry of default as against defendant Chanler Lewis, Inc..

**ORAL ARGUMENT IS NOT REQUESTED**

2

        PLAINTIFF, EVERTON NOTICE

BY:_____
    Law Office of
    W. Martyn Philpot, Jr., LLC
    409 Orange Street
    New Haven, CT  06511-6406
    Tel. No. (203) 624-4666
    Federal Bar No. ct05747
    His Attorneys

## CERTIFICATION

*THIS IS TO CERTIFY* that a copy of the foregoing Motion for Default Judgment was mailed, postage prepaid, this date, to:   Chanler Lewis, Inc. c/o Thomas C. Officer, 127 Sheldon Lane, Litchfield, CT 06759.

_____
W. Martyn Philpot, Jr.

\employ\notice.motdefjud12-9-04