UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 DEC -9  P 4: 49

DISTRICT COURT
HARTFORD CT

*************************************************
EVERTON NOTICE                          *
        **Plaintiff**                     *
                                        *
VS.                                     * CIVIL NO. 3:02CV-01599 (RNC)
                                        *
CHANLER LEWIS, INC.                     *
        **Defendants**                    * DECEMBER 9, 2004
*************************************************

## MOTION FOR RELIEF FROM JUDGMENT

Pursuant to F. Rule of Civ. Proc. 60, the plaintiff, Everton Notice, hereby respectfully requests the Court to Reopen its Order, dated December 7, 2004 dismissing the above-captioned matter. As grounds for the foregoing, the plaintiff avers the following:

1.    On December 9, 2004, Notice from the Court was received by the undersigned *for the first time*. While the Order does state prior notice was forwarded, this office never received it.

2.    In September of this year, the undersigned's firm changed its telephone and e-email service. As a result, over the course of the last several

---

December 13, 2004.  <u>Notice v. Chanler Lewis, Inc.</u>
                     3:02CV01599 (RNC)

Re: Motion for Relief from Judgment and Motion for Default Judgment (Doc. # 41)

Denied without prejudice. The proposed motion for default judgment is incorrectly based on defendant's asserted failure to appear and plead in response to service of the complaint when in fact defendant did both in a timely manner. So ordered.

FILED
2004 DEC 13 P
U.S. DISTRICT COURT
HARTFORD.

Robert N. Chatigny / U.S.D.J.