UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
*************************************************
EVERTON NOTICE                              *
               Plaintiff                    *
                                            *
VS.                                         * CIVIL NO. 3:02CV-01599 (RNC)
                                            *
CHANLER LEWIS, INC.                         *
               Defendants                   * DECEMBER 15, 2004
*************************************************
```

## MOTION FOR DEFAULT JUDGMENT

The plaintiff, Everton Notice, hereby respectfully requests the Clerk of the Court to enter a default against the defendant as it has failed to provide compliance with its portion of the Joint Trial Memorandum, which was filed by the plaintiff on November 1, 2004. On or about October 4, 2004, attorney for defendant, namely Mary Jane Ryan, filed a Withdrawal of her Appearance on behalf of Chanler Lewis. Said Motion was granted on October 5, 2004. Apparently, the defendant was purchased by Monarch Industries, Inc. No appearance has subsequently been filed by either the defendant or its new owner, Monarch Industries, Inc., to the date of this Motion.

WHEREFORE, in light of all of the foregoing, plaintiff hereby requests the immediate entry of default as against defendant Chanler Lewis, Inc.

**ORAL ARGUMENT IS NOT REQUESTED**

2

                PLAINTIFF, EVERTON NOTICE

      BY:_____
           Law Office of
           W. Martyn Philpot, Jr., LLC
           409 Orange Street
           New Haven, CT  06511-6406
           Tel. No. (203) 624-4666
           Federal Bar No. ct05747
           His Attorneys

## CERTIFICATION

*THIS IS TO CERTIFY* that a copy of the foregoing Motion for Default Judgment was mailed, postage prepaid, this date, to:   Chanler Lewis, Inc., c/o Thomas C. Officer, 127 Sheldon Lane, Litchfield, CT 06759.

           _____
              W. Martyn Philpot, Jr.

\employ\notice.motdefjud12-9-04