UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*************************************************
EVERTON NOTICE            *
        Plaintiff    *
                  *
VS.                       * CIVIL NO. 3:02CV-01599 (RNC)
                  *
CHANLER-LEWIS, INC.       *
        Defendants   * DECEMBER 15, 2004
*************************************************

## MOTION FOR RELIEF FROM JUDGMENT

Pursuant to F. Rule of Civ. Proc. 60, the plaintiff, Everton Notice, hereby respectfully requests the Court to Reopen its Order, dated December 7, 2004 dismissing the above-captioned matter. As grounds for the foregoing, the plaintiff avers the following:

    1.    On December 9, 2004, Notice from the Court was received by the undersigned *for the first time.* While the Order does state prior notice was forwarded, this office never received it.

    2.    In September of this year, the undersigned's firm changed its telephone and e-email service. As a result, over the course of the last several months, this firm has experienced numerous instances of e-mails being forwarded to locations other than the one which was timely provided to the Clerk's Office.

    3.    The undersigned, upon learning of the problem with this office's e-mail reception, enlisted the services of a computer technician who recently corrected the problem.