UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 DEC 27 P 1:56

U.S. DISTRICT COURT
HARTFORD, CT.

EVERTON NOTICE,

    Plaintiff,

v.    CASE NO. 3:02CV1599(RNC)

CHANLER LEWIS, INC.,

    Defendant.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

___ To supervise discovery and resolve discovery disputes;

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

___ To conduct settlement conferences;

___ To conduct a prefiling conference;

___ To assist the parties in preparing a joint trial memorandum;

_X_ A hearing on damages;

So ordered.

Dated at Hartford, Connecticut this 27 day of December 2004.

Robert N. Chatigny
United States District Judge