UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EVERTON NOTICE, | : |
| | : |
| | : |
| v. | : CASE NO. 3:02CV1599 (RNC) |
| | : |
| CHANLER LEWIS, INC., | : |

<u>PARTIAL DEFAULT JUDGMENT</u>

The defendant having failed to appear, plead or otherwise defend in this action and the court having granted the plaintiff's motion for default judgment as to liability only on December 27, 2004 and, this matter has been referred to the Honorable Donna F. Martinez, United States Magistrate Judge, to conduct a hearing on damages and attorneys fees.

It is hereby, ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff.

Dated at Hartford, Connecticut, this 4th day of January 2005.

KEVIN F. ROWE, Clerk

By    /s/lik
      Linda I. Kunofsky
      Deputy Clerk

EOD _____